UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:
Melvin McDuffie

Debtor(s)

BK No.: 16-00976

Chapter: 13

Honorable Jacqueline Cox

## ORDER MODIFYING CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, the court orders as follows:

1. The Debtor's Chapter 13 plan is hereby modified to defer the current arrears to the end of the plan.
2. The Debtor through counsel shall file an amended Schedule I to reflect current employment and income information and amended Schedule J if applicable within 30 days of this order.
3. That the Trustee shall not be required to perform any collections on behalf of creditors pursuant to any prior confirmed plan
4. That all other plan terms shall remain unchanged.

Enter: Jacqueline P. Cox
J. Cox

Dated: JUL 17 2017

United States Bankruptcy Judge

**Prepared by:**
Geraci Law, LLC
55 E. Monroe Street, STE 3400
Chicago, IL 60603
(P) 312-332-1800 (F) 877-247-1960 (E) ndil@geracilaw.com

Rev: 20120501_bko