UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-00976 |
| Melvin L. McDuffie, Jr. | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, the court orders as follows:

1. The Debtor's Chapter 13 plan is hereby modified to increase the overall plan base by $4,202.
2. That the Trustee shall not be required to perform any collections on behalf of creditors pursuant to any prior confirmed plan
3. That all other plan terms shall remain unchanged.

Enter:

*/s/ Jacqueline P. Cox*

Dated: NOV 13 2017

United States Bankruptcy Judge

**Prepared by:**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960

Rev: 20151029_bko